| | |
|---|---|
| Appellate Docket Number: | |
| Appellate Case Style: Style: | Kelly Wayne Lamon |
| Vs. | State of Texas |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/30/2014 4:16:26 PM
DEBBIE AUTREY
Clerk

| | |
|---|---|
| Companion Case: | |

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:  6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| **I.  Appellant** | **II.  Appellant Attorney(s)** |
|---|---|
| First Name: Kelly | ☒ Lead Attorney |
| Middle Name: Wayne | First Name: Troy |
| Last Name: Lamon | Middle Name: |
| Suffix: | Last Name: Hornsby |
| Appellant Incarcerated?  ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed          ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained          ☐ Public Defender |
| | Firm Name:      Miller, James, Miller & Hornsby, L.L.P. |
| | Address 1:      1725 Galleria Oaks Drive |
| | Address 2: |
| | City:      Texarkana |
| | State:  Texas                    Zip+4:  75503 |
| | Telephone:    903-794-2711        ext. |
| | Fax:  903-792-1276 |
| | Email:  troy.hornsby@gmail.com |
| | SBN:  00790919 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Val

Middle Name:

Last Name: Varley

Suffix:

☐ Appointed      ☒ District/County Attorney

☐ Retained      ☐ Public Defender

Firm Name: Red River County District Attorney's Office

Address 1: 400 N. Walnut Street

Address 2:

City: Clarksville

State: Texas          Zip+4: 75426

Telephone: 903-427-2009          ext.

Fax:

Email:

SBN:                    Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Assaultive

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: December 17, 2014

Offense charged: Assault on Public Servant

Date of offense: May 4, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court:

If mailed to the trial court clerk, also give the date mailed :

December 30, 2014

Punishment assessed: 12 years TDCJ, run concurrently

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No      If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No      If yes, date filed:

Other: ☐ Yes ☒ No          If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☐ NA      If yes, date filed:

Date of hearing:          ☐ NA

Date of order: December 17, 2014      ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA      If granted or denied, date of ruling: December 17, 2014

## VIII. Trial Court And Record

Court: 102nd District

County: Red River

Trial Court Docket Number (Cause no): CR02184

Trial Court Judge (who tried or disposed of the case):

First Name: Bobby

Middle Name:

Last Name: Lockhart

Suffix:

Address 1: Bi-State Justice Building

Address 2: 100 N. Stateline Avenue

City: Texarkana

State: Texas          Zip + 4: 75501

Telephone: 903-798-3527     ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes   ☐ No

If yes, date requested: Dec 30, 2014

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes   ☐ No   ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes   ☐ No

Was reporter's record requested?   ☒ Yes   ☐ No

Was the reporter's record electronically recorded?   ☐ Yes   ☐ No

If yes, date requested: Dec 30, 2014

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes   ☐ No   ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Melaine

Middle Name:

Last Name: Harris

Suffix:

Address 1: 3414 Colonial Circle

Address 2:

City: Texarkana

State: Texas          Zip + 4: 75501

Telephone: 903-831-6926     ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: _____     Court: _____

Style: _____

   Vs.    State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)          Date:  December 30, 2014

_____

Printed Name:                                    State Bar No: 00790919

Electronic Signature:  *Troy Hornsby*            Name:  Troy Hornsby
   (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  December 30, 2014    .

_____

Signature of counsel (or pro se party)     Electronic  Signature:  *Troy Hornsby*
                                              (Optional)

                                           State Bar No.:  00790919

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: December 30, 2014

Manner Served: Regular Mail

First Name: Val

Middle Name:

Last Name: Varley

Suffix:

Law Firm Name: Red River County District Attorney's Office

Address 1: 400 N. Walnut Street

Address 2:

City: Clarksville

State Texas    Zip+4: 75426

Telephone:    ext.

Fax:

Email: